AO 257 (Rev. 6/78)

E-filing

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Violations:
Title 18-Section 641
Theft of Government Property

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
1 year imprisonment, $100,000 fine, $25 special assessment, 1 year supervised release

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ CHARLES LUZ

**DISTRICT COURT NUMBER**
CR08-0039 WDB

FILED
JAN 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   MAUREEN BESSETTE

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☑ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**
16309 KENT AVENUE, SPACE 2
SAN LORENZO, CA 94580

Date/Time: _____

Before Judge: _____

Comments:

E-filing

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CABN 202121)
Assistant United States Attorney
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 2468254)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3691
Telefax:    (510) 637-3724
Email: maureen.bessette@usdoj.gov

Attorneys for Plaintiff

FILED
2008 JAN 29 AM 10: 15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHARLES LUZ, ) <br> ) <br> Defendant. ) <br> ) | No. CR 08-0039 WDB <br><br> VIOLATION: Title 18, United States Code, Section 641 - Theft of Government Property (Class A Misdemeanor) <br><br> OAKLAND VENUE |

## INFORMATION

The United States Attorney charges:

On or about and between February 2004 and September 2005, in the Northern District of California, the defendant,

CHARLES LUZ,

did knowingly embezzle, steal, purloin, and convert to his use money or thing of value of the United States or a department and agency thereof, to wit: Social Security benefits, and did receive, conceal, and retain such money or thing of value with the intent to convert it to his gain,

INFORMATION

1  knowing it to have been embezzled, stolen, purloined, and converted, in violation of Title 18,
2  United States Code, Section 641, a Class A misdemeanor.
3
4  DATED: January 28, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Assistant United States Attorney
Chief, Oakland Branch

(Approved as to form:

MAUREEN BESSETTE
Assistant United States Attorney

INFORMATION