1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  W. DOUGLAS SPRAGUE (CABN 202121)
3  Chief, Criminal Division

4  MAUREEN BESSETTE (NYBN 2468254)
   Assistant United States Attorney
5
   ARNOLD SKRETTA
6  Law Clerk, United States Attorney's Office

7     1301 Clay Street, suite 340S
      Oakland, CA 94612
8     Telephone: (510) 637-3737
      Telefax:   (510) 637-3724
9     Email: arnold.skretta@usdoj.gov

10
   Attorneys for Plaintiff
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          OAKLAND DIVISION
14
   UNITED STATES OF AMERICA,         )   Case No. CR08-0039 WDB
15                                    )
          Plaintiff,                   )
16                                    )
       v.                              )   **MOTION FOR SUMMONS**
17                                    )
   CHARLES LUZ,                       )
18                                    )
          Defendant.                   )
19  _____)

20     Based on the facts set forth in the Declaration of Arnold Skretta in Support of the United

21  States' Motion for Summons, the United States hereby requests that the Court issue a summons

22  for defendant Charles Luz, 16309 Kent Ave., Space 2, San Lorenzo, CA 94580. The facts set

23  forth in the declaration demonstrate that probable cause exists to summon the defendant to

24  //
25  //
26  //
27  //
28  //

MOTION FOR SUMMONS
Case No. CR 08-0039 WDB

answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 1/30/08

MAUREEN BESSETTE
Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR 08-0039 WDB                    -2-