1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CABN 202121)
3  Chief, Criminal Division

4  MAUREEN BESSETTE (NYBN 2468254)
   Assistant United States Attorney
5
   ARNOLD SKRETTA
6  Law Clerk, United States Attorney's Office

7     1301 Clay Street, Suite 340S
      Oakland, CA 94612
8     Telephone: (510) 637-3737
      Telefax:   (510) 637-3724
9     Email: arnold.skretta@usdoj.gov

10 Attorneys for the United States of America

11                          UNITED STATES DISTRICT COURT
12                       NORTHERN DISTRICT OF CALIFORNIA
13                                OAKLAND DIVISION
14
   UNITED STATES OF AMERICA,        )   Case No.    CR08-0039 WDB
15                                  )
         Plaintiff,                 )
16                                  )   **DECLARATION OF ARNOLD**
      v.                            )   **SKRETTA IN SUPPORT OF UNITED**
17                                  )   **STATES' MOTION FOR SUMMONS**
   CHARLES LUZ,                     )
18                                  )
         Defendant.                 )
19 _____)

20
   I, Arnold Skretta, hereby declare as follows:
21
   1.  I am a law clerk in the United States Attorney's Office assigned to the prosecution of this
22
   case. I have received the following information from agents employed by the United States
23
   Social Security Administration, Office of the Inspector General, Office of Investigations
24
   (hereafter "OIG") and from reports and other documents provided to me by the OIG.
25
   2.  In May 2006, the San Francisco office of the OIG opened an investigation into the
26
   account of Frances Luz as a result of an allegation from the Western Program Service Center in
27
   Richmond, CA, that Ms. Frances Luz, mother of the defendant, had died on February 25, 2004,
28

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS

yet her Social Security Administration benefits (hereafter "SSA benefits") continued to be deposited into Ms. Frances Luz's bank account.

3. Further investigations revealed that the SSA benefits were directly deposited into a Bank of America checking account; this checking account was held jointly in the names of Ms. Frances Luz and her son, the defendant in the case at bar, Charles G. Luz.

4. Bank of America records indicate that the address on the jointly held checking account was changed in May 2004 to reflect the defendant's current address. Bank records also reflect that numerous checks were written on this account between January 2004 and October 2005. The address on the checks was also changed to defendant Charles Luz's current address in January 2005.

5. The OIG has calculated the amount of erroneous overpayment to $14,878.00.

6. In October 2006 OIG Special Agents Sandra Johnson and Durrell Mackey interviewed defendant Charles Luz at his residence. Defendant Luz was advised that the interview was strictly voluntary and he could terminate it at anytime. Defendant Luz acknowledged that he understood, agreed to the interview, and provided a signed, sworn statement.

7. In the interview and signed statement, defendant Charles Luz confirmed that his mother died on February 25, 2004, and that the Bank of America checking account receiving the Social Security payments was jointly held in his mother's name and his own name. Defendant Luz also acknowledged that he had signed his mother's name on checks written from the jointly-held checking account both before and after his mother's death. Defendant Luz further acknowledged that he knew the direct deposits into the joint account were for his mother's SSA benefits and that he used these SSA monies subsequent to her death for various (including personal) expenses.

//
//
//
//
//
//
//

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS

| | |
|---|---|
| 1 | 8. I declare under penalty of perjury that the foregoing is true and correct to the best of my |
| 2 | knowledge and belief. |
| 3 | |
| 4 | Executed January 30, 2008, at Oakland, California. |

DATED: 01/30/2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_/s/ Arnold Skretta_
ARNOLD SKRETTA
Law Clerk
United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS

-3-