1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR08-0039 WDB |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER FOR SUMMONS** |
| CHARLES LUZ, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Arnold Skretta, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Charles Luz, 16309 Kent Ave. Space 2, San Lorenzo, CA 94580, to appear on February 20, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____        _____
                                  WAYNE D. BRAZIL
                                  United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0039 WDB