1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
8                       NORTHERN DISTRICT OF CALIFORNIA
9                                OAKLAND DIVISION

10  UNITED STATES OF AMERICA,           )   Case No. CR-08-00039 WDB
                                        )
11          Plaintiff,                  )
                                        )
12      v.                              )   **ORDER FOR SUMMONS**
                                        )
13  CHARLES LUZ,                        )
                                        )
14          Defendant.                  )
    _____    )
15

16      Having reviewed the Declaration of Arnold Skretta, the Court finds that probable cause
17  exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
18  58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Charles
19  Luz, 16309 Kent Ave. Space 2, San Lorenzo, CA 94580, to appear on February 20, 2008 at
20  10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed
21  by the United States Attorney.

22
23      IT IS SO ORDERED.

24  Dated: February 1, 2008
                                            _____
25                                          WAYNE D. BRAZIL
                                            United States Magistrate Judge
26
27
28

ORDER FOR SUMMONS
Case No. CR 08-0039 WDB