MELINDA HAAG (CABN 132612)
United States Attorney

**FILED**
FEB 14 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES LUZ,<br><br>    Defendant. | No. CR-08-00039 WDB<br><br>NOTICE OF DISMISSAL<br><br>OAKLAND VENUE |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice.

DATED: February 10, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

MAUREEN BESSETTE
Chief, Oakland Branch

NOTICE OF DISMISSAL, CR-08-00039 WDB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### [PROPOSED] ORDER

Leave is granted to the government to dismiss the information.

Date: 2/14/11

_____
HON. LAUREL BEELER
United States District Judge